UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Andrew, River Isaiah | Docket No. | 0980 2:24CR00060-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant River Isaiah Andrew, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 3rd day of May 2024, under the following conditions:

**Special Condition #25:** Defendant shall not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times and approved by Pretrial Services. Defendant shall not loiter within 500 feet of a school, childcare facility, playground, park, athletic field or facility, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors when any minors are present.

**Special Condition #18:** Defendant shall be restricted to defendant's approved residence at all times except for: attorney visits; court appearances; case related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to lawful employment, religious services, medical necessities, substances abuse testing or treatment or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On May 9, 2024, a U.S. Probation Officer reviewed the pretrial release conditions with Mr. Andrew. He signed his release conditions acknowledging an understanding of his conditions, to include special conditions 18.

It alleged Mr. Andrew is in violation of his pretrial release conditions by deviating from his approved home detention schedule since July 23, 2024.

After reviewing global positioning systems (GPS), it appears since approximately July 23, 2024, Mr. Andrew deviated from his approved home detention schedule several times and visited a basketball court. Mr. Andrew was approved to go fishing during this approved schedule and not go to a basketball court. When confronted, Mr. Andrew admitted visiting the basketball court instead of going fishing.

**Violation #2:** On May 9, 2024, a U.S. Probation Officer reviewed the pretrial release conditions with Mr. Andrew. He signed his release conditions acknowledging an understanding of his conditions, to include special condition 25.

It is alleged Mr. Andrew is in violation of his conditions of pretrial release by frequenting an area where children are known to congregate, specifically a basketball court and playground since July 23, 2024.

After reviewing global positioning systems (GPS), it appears since approximately July 23, 2024, Mr. Andrew deviated from his approved home detention schedule several times and visited a basketball court. Right next to the basketball court appears to be a playground, a known place where children congregate. The play ground is less than 100 feet from the basketball court. In addition, on July 27, 2024, it appears Mr. Andrew was on the playground property for approximately 10 minutes.
.
PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A SUMMONS

PS-8
Re: Andrew, River Isaiah
September 30, 2024
Page 2

> I declare under the penalty of perjury that the foregoing is true and correct.
>
> Executed on: September 30, 2024
>
> by s/Corey M. McCain
>
> Corey M. McCain
> U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 1, 2024

Date