UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2024

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Andrew, River Isaiah | Docket No. | 0980 2:24CR00060-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant River Isaiah Andrew, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 3rd day of May 2024, under the following conditions:

**Condition #12**: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On May 9, 2024, a U.S. probation officer reviewed the pretrial release conditions with Mr. Andrew. He signed his release conditions acknowledging an understanding, to include condition number 12.

It is alleged Mr. Andrew is in violation of his pretrial release conditions by using marijuana on or around October 22, 2024.

On October 22, 2024, Mr. Andrew submitted to urinalysis testing prior to his appearance before the Court on another matter. The sample yielded a presumptive positive finding for the presence of marijuana. The sample was sent to the contract laboratory and later confirmed to be positive for marijuana. He did admit to using marijuana a "few weeks ago."

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   October 30, 2024 |
| by | s/Corey M. McCain |
| | Corey M. McCain
U.S. Pretrial Services Officer |

PS-8

**Re: Andrew,, River Isaiah**
**October 30, 2024**
**Page 2**

THE COURT ORDERS

- [X] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*/s/ Alexander C. Ekstrom*

Signature of Judicial Officer

10/30/2024

Date