PS 8 (3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Andrew, River Isaiah | Docket No. | 0980 2:24CR00060-MKD-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant River Isaiah Andrew, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 3rd day of May 2024 under the following conditions:

**Condition #12**: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal Law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3**: On May 9, 2024, a U.S. probation officer reviewed the pretrial release conditions with Mr. Andrew. He signed his release conditions acknowledging an understanding, to include condition number 12.

It is alleged Mr. Andrew is in violation of his pretrial release conditions by using marijuana on or around March 7, 2025.

On March 21, 2025, the undersigned officer visited Mr. Andrew at his residence. A random urinalysis test was collected. The sample yielded a presumptive positive finding for the presence of marijuana. Mr. Andrew admitted consuming marijuana on or around March 7, 2025. He signed an admission form.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

---

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   March 25, 2025 |
| by | s/Corey M. McCain |
|  | Corey M. McCain<br>U.S. Pretrial Services Officer |

PS-8
Re: Andrew, River Isaiah
March 25, 2025
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

March 25, 2025
_____
Date