PROB 12C
(6/16)

Report Date: November 25, 2025

United States District Court

for the

Eastern District of Washington

ECF No 76

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2025

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: River Isaiah Andrew | Case Number: 0980 2:24CR00060-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇, Washington 99180 | |

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 23, 2025

| | | | |
|---|---|---|---|
| Original Offense: | False Statement, 18 U.S.C. § 1001(a)(2) | | |
| Original Sentence: | Prison - 4 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | April 23, 2025 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: | April 22, 2028 |

**PETITIONING THE COURT**

To issue a warrant.

On April 28, 2025, Mr. Andrew signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Andrew violated his conditions of supervised release by traveling to the District of Idaho, in September 2025, without authorization of the undersigned officer. |
| | On November 21, 2025, Mr. Andrew and the undersigned officer had a conversation after he completed his polygraph, a requirement of his court ordered sex offender treatment. |
| | Mr. Andrew disclosed to the undersigned officer that he traveled to the Coeur d' Alene Casino, in the district of Idaho. Mr. Andrew did not have authorization to travel to Idaho. |
| 2 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than |

Prob12C
Re: Andrew, River Isaiah
November 25, 2025
Page 2

6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged Mr. Andrew is in violation of his conditions of supervised release by consuming alcohol and frequenting places where alcohol is the primary item of sale on the following months: August, September, October, and November 2025.

On November 21, 2025, Mr. Andrew participated in polygraph testing, a requirement of his court ordered sex offender treatment.

Mr. Andrew disclosed he consumed two beers at his home in August 2025. He admitted to consuming whiskey and beer on two occasions in September 2025. Mr. Andrew admits to consuming alcohol "a couple of times" in October 2025, and shots of whiskey in November 2025. Mr. Andrew admits that his last use of alcohol was on or around November 12, 2025.

In addition to his admitted alcohol consumption, Mr. Andrew's polygraph also revealed that he has also been frequenting bars and/or taverns. He admitted to going to a bar at least on two occasions, in the Cusik, Washington, area.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 25, 2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

m. k. Dimke

Signature of Judicial Officer

November 26, 2025

Date