ECF No. 102

PROB 12C
(6/16)

Report Date: October 14, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: River Isaiah Andrew — Case Number: 0980 2:24CR00060-MKD-1

Address of Offender: [redacted] Cusick, Washington 99180

Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: April 23, 2025

Original Offense: False Statement, 18 U.S.C. § 1001(a)(2)

Original Sentence: Prison - 4 days; TSR - 36M — Type of Supervision: Supervised Release

Revocation Sentence January 14, 2026: Prison - 3M; TSR - 33M

Asst. U.S. Attorney: Alison Gregoire — Date Supervision Commenced: April 10, 2026

Defense Attorney: Molly Marie Winston — Date Supervision Expires: January 9, 2029

---

## PETITIONING THE COURT

To issue a summons

On April 14, 2026, the conditions of supervision were reviewed with Mr. Andrew and he signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.<br><br>**Supporting Evidence**: It is alleged Mr. Andrew violated his conditions of supervised release for failing to attend sex offender treatment on August 21 and 28, 2026. |
| 2 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare |

upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged Mr. Andrew is in violation of his conditions of supervised release for exhibiting non-compliance with substance abuse treatment for the months of August and September 2026. Mr. Andrew failed to schedule and attend 2 individual treatment sessions in August and 4 sessions in September.

3 **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Andrew is in violation of his conditions of supervised release by failing to submit to random urinalysis testing at Camas Path on the following dates; August 25, September 28, and October 5, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2026

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other



Signature of Judicial Officer

October 15, 2026

Date